# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 16-345; 16-361

**Caption [use short title]**

**Motion for:** Consolidation of docket nos. 16-345 and 16-361

Catskill Mountainkeeper, Inc., et al. v. FERC; no. 16-345

Stop the Pipeline v. FERC; no. 16-361

**Set forth below precise, complete statement of relief sought:**

Respondent Federal Energy Regulatory Commission requests the consolidation of docket nos. 16-345 and 16-361 because the two cases challenge the same agency orders and raise common questions of law and fact.

**MOVING PARTY:** Federal Energy Regulatory Commission
**OPPOSING PARTY:** Catskill Mountainkeeper, Inc. & Stop the Pipeline

☐ Plaintiff ☐ Defendant
☐ Appellant/Petitioner ✔ Appellee/Respondent

**MOVING ATTORNEY:** Karin L. Larson
**OPPOSING ATTORNEY:** Moneen Nasmith, Earthjustice, 19th Floor,

[name of attorney, with firm, address, phone number and e-mail]

FERC
888 First Street, NE, Washington D.C. 20426
202-502-8236; karin.larson@FERC.gov

48 Wall St., N.Y., N.Y. 10005, 212-845-7384, mnasmith@earthjustice.org
Todd Ommen, Pace Environmental Law Clinic, 78 N. Broadway
White Plains, NY 10603, 914-422-4343, tommen@pace.law.edu

**Court-Judge/Agency appealed from:** Federal Energy Regulatory Commission

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
✔ Yes ☐ No (explain):

Opposing counsel's position on motion:
✔ Unopposed ☐ Opposed ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ✔ No ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this Court? ☐ Yes ☐ No
Requested return date and explanation of emergency:

Is oral argument on motion requested? ☐ Yes ✔ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? ☐ Yes ✔ No If yes, enter date:

**Signature of Moving Attorney:**
/s/ Karin L. Larson **Date:** March 1, 2016 **Service by:** ✔ CM/ECF ☐ Other [Attach proof of service]

---

**Form T-1080** (rev. 12-13)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

_____

| | ) | |
|---|---|---|
| Catskill Mountainkeeper, Inc., Clean Air Council, Delaware-Otsego Audubon Society, Inc., Riverkeeper, Inc. and Sierra Club | ) ) ) | |
| Petitioners, | ) ) | No. 16-345 |
| v. | ) ) | |
| Federal Energy Regulatory Commission Respondent, | ) ) ) | |
| Constitution Pipeline Co., LLC and Iroquois Gas Transmission System, L.P. Intervenors. | ) ) ) | |

_____

| | ) | |
|---|---|---|
| Stop the Pipeline Petitioner, | ) ) ) | No. 16-361 |
| v. | ) ) | |
| Federal Energy Regulatory Commission Respondent. | ) ) ) ) | |

**RESPONDENT'S UNOPPOSED MOTION TO CONSOLIDATE
CASE NOS. 16-345 AND 16-361**

Pursuant to Rule 27 of the Federal Rules of Appellate Procedure, Respondent Federal Energy Commission ("FERC" or the "Commission") hereby moves the Court to consolidate case nos. 16-345 and 16-361. No party to these proceedings opposes the requested relief.

On February 5, 2016, Catskill Mountainkeeper, Inc., Clean Air Council, Delaware-Otsego Audubon Society, Inc., Riverkeeper, Inc., and Sierra Club (together "Catskill Mountainkeeper") filed a petition for review challenging two Commission orders: (1) "Order Issuing Certificates and Approving Abandonment," *Constitution Pipeline Co.*, 149 FERC ¶ 61,199 (2014); and (2) "Order Denying Rehearing and Approving Variance," *Constitution Pipeline Co.*, 154 FERC ¶ 61,046 (2016). On the same day, in case no. 16-361, Stop the Pipeline filed a petition for review challenging the same FERC orders. The two petitions for review in case nos. 16-345 and 16-361 raise common questions of law and fact and involve the same respondent, the Commission, and the same Commission orders.

Good cause exists to consolidate. This Court has permitted consolidation of related appeals where "consolidation would be both efficient and equitable for the disposition of the appeals." *Chem One., Ltd. v. M/V RICKMERS GENOA*, 660 F.3d 626, 642 (2d Cir. 2011). Consolidation of the cases here would ensure the most efficient use of the Court's resources, avoid any inconsistency in the Court's decisions, and spare the parties unnecessary expense. Thus, the Commission respectfully requests that the Court consolidate case nos. 16-345 and 16-361 and that the Court grant this motion as expeditiously as possible so that the parties may attempt to negotiate a joint proposed briefing schedule for the consolidated cases.

Counsel for the Commission has spoken with counsel for petitioners Catskill Mountainkeeper and Stop the Pipeline, as well as interventors Constitution Pipeline Company, LLC and Iroquois Gas Transmission System, L.P. and is authorized to state that none of the parties object to this motion.

Respectfully submitted,

Robert H. Solomon
Solicitor

*/s/ Karin L. Larson*
Karin L. Larson
Attorney

Federal Energy Regulatory
   Commission
Washington, D.C. 20426
Tel: (202) 502-8236
Fax: (202) 273-0901

March 1, 2016

*Catskill Mountainkeeper, Inc., et al.*
 *v. FERC*, No. 16-345; and
*Stop the Pipeline v. FERC*, No. 16-361 (not consolidated)

## CERTIFICATE OF SERVICE

      In accordance with Fed. R. App. P. 25(d) and Circuit Rule 25.1(h), I hereby certify that I have, this 1st day of March, 2016, filed the foregoing via the Court's CM/ECF system. The participants in the cases are registered CM/ECF users and service will be accomplished to the counsel listed below through the Court's CM/ECF system:

Deborah Goldberg
Earthjustice
48 Wall St., Suite 800
New York, NY  10005

Moneen Susan Nasmith
Earthjustice
48 Wall St., 9th Floor
New York, NY  10005

John F. Stoviak
Saul Ewing LLP
Center Square West
1500 Market St., 38th Floor
Philadelphia, PA  19102

Pamela Stacy Goodwin
Saul Ewing LLP
Suite 4000
650 College Road East
Princeton, NJ 08540

-2-

Elizabeth Utz Witmer
Saul Ewing LLP
Suite 200
1200 Liberty Ridge Drive
Wayne, PA 19087

Kurt Hazlett Jacobs
Troutman Sanders LLP
Suite 1000
401 9th Street, NW
Washington, DC 20004

Karl Stephen Coplan
Pace University
Environmental Litigation Clinic, Inc.
78 North Broadway
White Plains, NY 10603

Anne Marie Garti
P.O. Box 15
Bronx, NY 10471

Todd D. Ommen
Pace University School of Law
Pace Environmental Law Clinic
78 North Broadway
White Plains, NY 10603

            */s/ Karin L. Larson*
            Karin L. Larson
            Attorney for the
            Federal Energy Regulatory Commission