FEDERAL ENERGY REGULATORY COMMISSION
WASHINGTON, D.C. 20426

ORAL ARGUMENT NOT YET SCHEDULED

March 31, 2016

*Via Electronic Case Filing*

Catherine O'Hagan Wolfe, Clerk
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:   *Catskill Mountainkeeper, Inc. v. FERC*, No. 16-345ag

Dear Ms. Wolfe:

    I am writing to respond to the Notice of Agency Default in Filing Record issued on March 18, 2016 in the above-captioned case. On February 11, 2016, the Federal Energy Regulatory Commission filed, pursuant to Rule 17 of the Federal Rules of Appellate Procedure, the certified index of the agency record listing every record item in the challenged agency proceedings in FERC Docket Nos. CP13-499 and CP13-502. After receiving the default notice, I spoke with the Court's case manager who confirmed that the index of record, as filed, was sufficient and that FERC need not re-file the index of record in the related case, *Stop the Pipeline v. FERC*, No. 16-361 which has been consolidated with No. 16-345.

                            Respectfully submitted,

                            */s/ Karin L. Larson*

                            Karin L. Larson
                            Tel.: 202-502-8236
                            Karin.Larson@ferc.gov

                            *Counsel for Respondent Federal Energy Regulatory Commission*

cc: Counsel of Record (via ECF)

*Catskill Mountainkeeper, Inc. v. FERC*,
**Nos. 16-345ag and 16-361ag (consolidated)**

# CERTIFICATE OF SERVICE

In accordance with Fed. R. App. P. 25(d) and Circuit Rule 25.1(h), I hereby certify that I have, this 31st day of March, 2016, filed the foregoing via the Court's CM/ECF system. The participants in the cases are registered CM/ECF users and service will be accomplished to the counsel listed below through the Court's CM/ECF system:

Deborah Goldberg
Earthjustice
48 Wall St., Suite 800
New York, NY 10005

Moneen Susan Nasmith
Earthjustice
8 Wall St., 9th Floor
New York, NY 10005

John F. Stoviak
Saul Ewing LLP
Center Square West
1500 Market St., 38th Floor
Philadelphia, PA 19102

Pamela Stacy Goodwin
Saul Ewing LLP
650 College Road East
Princeton, NJ 08540

Elizabeth Utz Witmer
Saul Ewing LLP
1200 Liberty Ridge Drive
Wayne, PA 19087

Kurt Hazlett Jacobs
Troutman Sanders LLP
401 9th Street, NW
Washington, DC 20004

Karl Stephen Coplan
Pace University
Environmental Litigation Clinic
78 North Broadway
White Plains, NY 10603

Anne Marie Garti
P.O. Box 15
Bronx, NY 10471

Todd D. Ommen
Pace University School of Law
Pace Environmental Law Clinic
78 North Broadway
White Plains, NY 10603

John Longstreth, Esq.,
K&L Gates LLP
1601 K Street, NW
Washington, DC 20006

                                               */s/ Karin L. Larson*
                                               Karin L. Larson
                                               Attorney for the
                                               Federal Energy Regulatory
                                                 Commission